# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

Mario B. Quinones and Mario I. Quinones

                V.                              **JUDGMENT IN A CIVIL CASE**

Chase Bank USA, N.A.

                                            CASE NUMBER:    09cv2748 AJB (BGS)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

      The Court grants Defendant's motion to vacate the Clerk's Judgment filed on September 27, 2011. The Court also grants Defendant's motion for reconsideration as to money had and received as to the account ending in 5520. Judgment is in favor of Defendant Chase Bank USA, N.A. against Mario I. Quinones in the amount of the principal owed on account 5520 and Chase shall be entitled to the legal rate of interest of 7% as of the date of default. The Court denies Defendant's motion for reconsideration as to the counterclaims for breach of contract as to the 6183 and 5520 accounts. The Court also denies without prejudice Plaintiff Mario I. Quinones' motion for attorney's fees.

| November 22, 2011 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

                                                  s/ C. Ecija
                                                 (By) Deputy Clerk

                                                 ENTERED ON November 22, 2011